1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   W.S. WILSON LEUNG (CABN 190939)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-6758
       Facsimile: (415) 436-6753
8      E-Mail: wilson.leung@usdoj.gov

9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LOUIS RODRIGUEZ, <br><br> Defendant. | No. CR-12-0250-SI <br><br> JOINT APPLICATION AND [~~PROPOSED~~] UNSEALING ORDER |

The Government respectfully submits this Joint Application on behalf of the parties to request that the above-captioned matter be unsealed for all purposes. The Clerk's office has advised the Government that it requires an order specifically stating that the whole "case" is to be unsealed in order for a public docket to be created for it; a prior unsealing order apparently did not contain this particular phrasing. Accordingly, a proposed order for the Court's consideration follows below.

//

Dated: August 2, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

By: _____
ACADIA L. SENESE
W.S. WILSON LEUNG
Assistant United States Attorneys

FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT the above-captioned case is unsealed for all purposes.

Dated: August 2, 2013

_____
HON. SUSAN ILLSTON
United States District Court